[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 31, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-14529

_____

D. C. Docket No. 03-01246-CV-D-N

HERBERT FLEMING,

Plaintiff-Appellant,

versus

EDDIE DOWDELL,
GLADYS RIDDLE,
JOHNNIE JOHNSON,
DONALD PARKER,
MARTHA WHITE,
Beth Slate Poe,
et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

**(May 31, 2006)**

Before HULL and WILSON, Circuit Judges, and DUPLANTIER[*], District Judge.

PER CURIAM:

Herbert Fleming appeals the district court's grant of summary judgment in favor of the defendants. Because Fleming has not demonstrated reversible error in regards to either his federal or state claims, we affirm substantially for the reasons set forth in the district court's well reasoned order of March 29, 2005.

**AFFIRMED.**

---

[*]Honorable Adrian G. Duplantier, United States District Judge for the Easter District of Louisiana, sitting by designation.